165 P.3d 1048

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| State v. Thurston | 27813 | 03/02/2007 | Affirmed |
| State v. Schuck | 27783 | 03/08/2007 | Affirmed |
| A.G., In re | 27637 | 03/12/2007 | Affirmed |
| Lee v. Hwang | 26036 | 03/29/2007 | Affirmed, vacated & remanded |
| Logan & Massey, Inc. v. Ivy | 27798 | 04/05/2007 | Affirmed |
| Athens v. Athens | 27976 | 04/10/2007 | Vacated and remanded |
| Jou v. Schmidt | 27880, 27881, 27882 | 04/13/2007 | Affirmed |
| B. Children, In re | 27936 | 04/13/2007 | Vacated and dismissed |
| State v. Awana | 27145 | 04/13/2007 | Affirmed |
| Mangel v. Mangel | 27742 | 04/16/2007 | Vacated, remanded and affirmed |
| Nakayama v. Cameron | 27746 | 04/16/2007 | Affirmed |
| G. Children, In re | 27866 | 04/16/2007 | Affirmed |
| United Public Workers, AFSCME, Local 646, AFL-CIO v. City and County of Honolulu | 26347 | 04/17/2007 | Vacated and remanded |
| State v. Duncan | 27767 | 04/17/2007 | Affirmed |
| Tsuji v. Tsuji | 27765 | 04/18/2007 | Affirmed |
| Meyer v. Kennedy | 26620 | 04/23/2007 | Vacated and remanded |
| Jones v. Iamwong | 27235 | 04/30/2007 | Affirmed |